No. 23-3113

---

*In the*
**United States Court of Appeals
for the Ninth Circuit**

---

Mark Hunt,

    *Plaintiff-Appellant*,

v.

Zuffa, LLC, et al.,

    *Defendants-Appellees*.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

No. 2:17-cv-00085-JAD-VCF – District Judge Jennifer A. Dorsey

---

APPELLEE BROCK LESNAR'S SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME

---

| | |
|---|---|
| **HENSON & EFRON, P.A.** | **CHRISTIANSEN TRIAL LAWYERS** |
| David Bradley Olsen (MN No. 197944) | Peter S. Christiansen (NV No. 5254) |
| 225 South Sixth Street, Suite 1600 | 710 S. 7TH St., Suite B |
| Minneapolis, Minnesota 55402 | Las Vegas, NV 89101 |
| Telephone: 612-339-2500 | Telephone: (702) 240-7979 |

***Attorneys for Defendant-Appellee Brock Lesnar***

# INDEX

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 1 of 7** | | | |
| Judgment in a Civil Case | 9/26/2023 | 264 | 2 |
| Order Granting Defendants' Motions for Summary Judgment and Denying as Moot Motions to Exclude Expert Testimony | 9/26/2023 | 263 | 3-29 |
| **VOLUME 2 of 7** | | | |
| Exhibit O – Excerpts from Dana White's October 27, 2022, deposition transcript<br><br>*(Second Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 2/17/2023 | 247-1 | 31-47 |
| Exhibit P – Excerpts from Brock Lesnar's December 7, 2022, deposition transcript<br><br>*(Second Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 2/17/2023 | 247-2 | 48-55 |
| Exhibit 1 – Excerpts from Mark Hunt's November 17, 2022, deposition transcript<br><br>*(Response to Motion for Summary Judgment of Defendant Brock Lesnar)* | 2/3/2023 | 242-1 | 56-91 |
| Exhibit 15 – Declaration of Mark Hunt<br><br>*(Response to Motion for Summary Judgment of Defendant Brock Lesnar)* | 2/3/2023 | 242-15 | 92-96 |

| | | | |
|---|---|---|---|
| Notice of Manual Filing of Exhibit E to Exhibit C – thumb drive containing three video recordings<br><br>*(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 232 | 97-98 |
| Exhibit B – Excerpts from Defendant Zuffa LLC's October 26, 2018, Responses to Plaintiff Mark Hunt's Requests for Admissions<br><br>*(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 222-2 | 99-112 |
| Exhibit F – Excerpts from Defendant Dana White's October 26, 2018, Responses to Plaintiff Mark Hunt's First Set of Requests for Admissions<br><br>*(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 222-6 | 113-124 |
| Exhibit G – Excerpts from Defendant Brock Lesnar's October 26, 2018, Responses to Plaintiff Mark Hunt's Requests for Admissions (Set One)<br><br>*(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 222-7 | 125-133 |

| Exhibit H – Direct messages between Mark Hunt and Dana White and Jeff Novitzky email to Bob Bennett<br><br>*(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 222-8 | 134-138 |
|---|---|---|---|
| Exhibit I – Excerpts from Jeffrey Novitzky's October 28, 2022, deposition transcript<br><br>*(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 222-9 | 139-155 |
| Exhibit K – Excerpts from Plaintiff Mark Hunt's May 20, 2022, Responses to Defendant Brock Lesnar's Interrogatories, First Set<br><br>*(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 222-11 | 156-166 |
| Exhibit L – Excerpts from Brock Lesnar's December 7, 2022, deposition transcript<br><br>*(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 222-12 | 167-176 |
| Exhibit M – Excerpts from Dana White's October 27, 2022, deposition transcript<br><br>*(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 222-13 | 177-193 |

| | | | |
|---|---|---|---|
| Exhibit 1 – Excerpts from Mark Hunt's November 17, 2022, deposition transcript<br><br>*(Declaration of J. Colby Williams in Support of Defendants Zuffa, LC and Dana White's Motion for Summary Judgment)* | 1/13/2023 | 219-2 | 194-291 |
| Exhibit 3 – UFC Anti-Doping Policy (2015 Version)<br><br>*(Declaration of J. Colby Williams in Support of Defendants Zuffa, LC and Dana White's Motion for Summary Judgment)* | 1/13/2023 | 219-4 | 292-313 |
| **VOLUME 3 of 7** | | | |
| Exhibit 4 – Excerpts from Jeffrey Novitzky's October 28, 2022, deposition transcript<br><br>*(Declaration of J. Colby Williams in Support of Defendants Zuffa, LC and Dana White's Motion for Summary Judgment)* | 1/13/2023 | 219-5 | 315-333 |
| Exhibit 6 – Direct messages exchanged between Mark Hunt and Dana White dated March 30, 2016, through July 27, 2016<br><br>*(Declaration of J. Colby Williams in Support of Defendants Zuffa, LC and Dana White's Motion for Summary Judgment)* | 1/13/2023 | 219-7 | 334-389 |
| Exhibit 9 – Excerpts from Brock Lesnar's December 7, 2022, deposition transcript<br><br>*(Declaration of J. Colby Williams in Support of Defendants Zuffa, LC and Dana White's Motion for Summary Judgment)* | 1/13/2023 | 219-10 | 390-398 |

| | | | |
|---|---|---|---|
| Exhibit 11 – Email from Novitzky to Nevada State Athletic Commission dated July 1, 2016<br><br>*(Declaration of J. Colby Williams in Support of Defendants Zuffa, LC and Dana White's Motion for Summary Judgment)* | 1/13/2023 | 219-12 | 399-401 |
| Exhibit 17 – Proposed Adjudication and Order prepared by the Nevada State Athletic Commission<br><br>*(Declaration of J. Colby Williams in Support of Defendants Zuffa, LC and Dana White's Motion for Summary Judgment)* | 1/13/2023 | 219-18 | 402-412 |
| Order on Mandate | 12/14/2021 | 207 | 413 |
| Mandate of United States Court of Appeals, Ninth Circuit | 11/16/2021 | 204 | 414 |
| Memorandum/Opinion of United States Court of Appeals, Ninth Circuit | 9/24/2021 | 203 | 415-424 |
| Judgment in a Civil Case | 11/22/2019 | 185 | 425 |
| Order Granting Zuffa's Motions for Summary Judgment and to Seal | 11/22/2019 | 184 | 426-432 |
| Order Granting Defendants' Motions to Dismiss and Defendants' Motion for Leave to File Excess Pages, and Denying Defendant's Requests for Judicial Notice | 2/14/2019 | 152 | 433-460 |
| Supplemental Complaint | 1/12/2018 | 109 | 461-507 |
| First Amended Complaint | 6/1/2017 | 64 | 508-553 |
| Declaration of Peter S. Christiansen<br><br>*(Amended Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6))* | 3/29/2017 | 32 | 554-559 |

6

| Exhibit A – UFC Anti-Doping Policy<br><br>*(Request for Judicial Notice Pursuant to Federal Rules of Evidence Rule 201)* | 3/23/2017 | 24-1 | 560-581 |
|---|---|---|---|
| Complaint | 1/10/2017 | 1 | 582-608 |
| **VOLUME 4 of 7** | | | |
| Notice of Appeal | 10/25/2023 | 269 | 610-614 |
| Civil Docket for Case No. 2:17-cv-00085-JAD-VCF – United States District Court, District of Nevada – *Hunt v. Zuffa LLC, et al.* | | | 615-638 |
| **VOLUME 5 of 7**<br><br>***FILED UNDER SEAL*** | | | |
| Exhibit 3 – Direct Messages between Dana White and Brock Lesnar<br><br>*(Response to Motion for Summary Judgment of Defendant Brock Lesnar)* | 3/8/2023 | 255-1 | 640-651 |
| Exhibit 12 – Lesnar Bout Agreement for UFC 200 dated June 6, 2016<br><br>*(Response to Motion for Summary Judgment of Defendant Brock Lesnar)* | 3/8/2023 | 255-3 | 652-662 |
| Exhibit 5 – Promotional and Ancillary Rights Agreement dated April 12, 2016<br><br>*(Declaration of J. Colby Williams in Support of Defendants Zuffa, LLC and Dana White's Motion for Summary Judgment)* | 1/24/2023 | 235-1[1] | 663-687 |

---

[1] File-stamped copies of ECF Nos. 235-1, 235-2, 235-3, 235-5, 229, 228, 227, 226, and 224 (all filed under seal in Case No. 2:17-cv-00085-JAD-VCF) were not made available to counsel for Appellee Lesnar at the time of filing. Unstamped

7

| | | | |
|---|---|---|---|
| Exhibit 8 – Hunt Bout Agreement for UFC 200 dated June 6, 2016<br><br>*(Declaration of J. Colby Williams in Support of Defendants Zuffa, LLC and Dana White's Motion for Summary Judgment)* | 1/24/2023 | 235-2 | 688-697 |
| Exhibit 12 – Drug Testing Reports and Correspondence from USADA dated June 8, 2016, through June 16, 2016<br><br>*(Declaration of J. Colby Williams in Support of Defendants Zuffa, LLC and Dana White's Motion for Summary Judgment)* | 1/24/2023 | 235-3 | 698-706 |
| Exhibit 14 – Correspondence and Emails from USADA dated in July of 2016<br><br>*(Declaration of J. Colby Williams in Support of Defendants Zuffa, LLC and Dana White's Motion for Summary Judgment)* | 1/24/2023 | 235-5 | 707-734 |
| Exhibit J – Drug Testing Reports and Correspondence from USADA<br><br>*(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 229 | 735-823 |
| Exhibit E – Excerpts from Plaintiff Mark Hunt's June 29, 2018, Responses to Zuffa, LLC's Requests for Admissions, Set One, and admissions exhibits 8 and 9<br><br>*(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 228 | 824-867 |

copies of the foregoing documents are therefore included in Appellee Lesnar's Supplemental Excerpts of Record.

8

| VOLUME 6 of 7  FILED UNDER SEAL | | | |
|---|---|---|---|
| Exhibit D – UFC Correspondence dated from December 2015 through June 2016  *(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 227 | 869-883 |
| Exhibit C – Plaintiff Mark Hunt's May 20, 2022, Responses to Defendant Brock Lesnar's Requests for Admissions – First Set, and admissions exhibits A-G[2]  *(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 226 | 884-1047 |
| VOLUME 7 of 7  FILED UNDER SEAL | | | |
| Exhibit A – Excerpts from Mark Hunt's November 17, 2022, deposition transcript, and deposition exhibits 12, 13, and 18  *(Declaration of David Bradley Olsen in Support of Brock Lesnar's Motion for Summary Judgment)* | 1/13/2023 | 224 | 1049-1228 |

---

[2] Admissions Exhibit E to Exhibit C, 6-SER-1031, is a placeholder for three video recordings manually submitted to the district court. *See* 2-SER-97–98. Pursuant to 9th Circuit Rule 27-14, Appellee will file a motion with the Court for permission to transmit physical copies of these exhibits as part of the record on appeal. Hyperlinks to the video recordings' online source material are included in the text of Appellee's brief, and citations to the video recordings are included in the footnotes as "EX E, Recording X."

9