# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 28.** *Pro Se* **Motion to Appear Remotely for Oral Argument**

| | |
|---|---|
| **9th Cir. Case Number(s)** | 23-3113 |
| **Case Name** | **MARK HUNT v** ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability Company; BROCK LESNAR, an individual; and DANA WHITE, an individual. |
| **1. Appellant Name** | MARK HUNT |

**2. Describe briefly the "order" to which you are responding:**

**NOTICE OF ORAL ARGUMENT**

*on Wednesday, November 20, 2024 - 1:00 P.M. - Courtroom 1 – Scheduled Location: Pasadena CA*

**(DOCKET ENTRY NO. 57)**

| | |
|---|---|
| Date filed: | September 18, 2024 |

**3. What is your response?**

Per the orders received, for the appellant to appear in person in Pasadena for oral argument would pose hardship. In fact, the appellant does not have any financial resources to enable such travel. It is therefore, respectfully requested that should oral argument be required, Mr Hunt would be able to appear remotely via video link from Australia.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of September, 2024, in Melbourne, Australia.

**Current mailing address:**

Mark Hunt
9 Davy Court
Harrington Park NSW 2567

**Signature**                                                              Date  19 September 2024

**Form 28**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

**9th Cir. Case Number(s)**   23-3113

I hereby certify that I electronically file the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing System.

**Description of Document(s):**

Form 28. Motion to Appear Remotely for Oral Argument

Form 15. Certificate of Service for Electronic Filing

**Signature**   /s/   **Date**   19 September 2024

**Form 15**