UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

OCT 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK HUNT,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>ZUFFA LLC; et al.,<br><br>    Defendants - Appellees. | No. 23-3113<br><br>D.C. No.<br>2:17-cv-00085-JAD-VCF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

    Zuffa, LLC and Dana White's Motion for Order to Show Cause Why Mark Hunt should not be Sanctioned for Submitting Ghost-Written Court Filings as a Pro Se Litigant, filed March 13, 2024, is DENIED.

    The Pro Se Motion to Appear Remotely for Oral Argument, filed September 19, 2024, is GRANTED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT